# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING PARTIES TO FILE PETITION FOR MINOR'S COMPROMISE<br><br>(ECF No. 35)<br><br>**DEADLINE: AUGUST 25, 2025** |

On July 1, 2025, the parties filed a notice of settlement of this entire action. Pursuant to Local Rule 202(b), "[n]o claim by or against a minor or incompetent person may be settled or compromised absent an order by the Court approving the settlement or compromise." Here, minor E.P. is "represented by an appointed representative pursuant to appropriate state law," and therefore, approval of a special needs trust and Minor's Compromise is required first from "the state court having jurisdiction over the personal representative." L.R. 202(b)(1). Thereafter, Plaintiff must file a "copy of the order and all supporting and opposing documents filed in connection therewith . . . in the District Court," where a "Judge or Magistrate Judge . . . may either approve the settlement or compromise without hearing or calendar the matter for hearing." Id. From the filings, it appears that the parties are aware of these requirements.[1]

---

[1] Because this case will remain open, and thus the Court will have jurisdiction, until dispositional documents are filed, the parties request that the Court retain jurisdiction appear to be superfluous at this juncture. Accordingly, the request is denied without prejudice.

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED;

2. The parties shall file the petition for minor's compromise **on or before August 25, 2025**; and

3. Any request for an extension shall be supported by good cause, including providing the Court the dates or timeline of any relevant hearings or meetings.

IT IS SO ORDERED.

Dated: **July 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2