UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE PETITION FOR MINOR'S COMPROMISE<br><br>(ECF No. 38) |

On August 23, 2025, Plaintiff filed a motion for administrative relief for an extension of time to permit Plaintiff to file the petition for minor's compromise, which was due on August 25, 2025. (ECF No. 38.) No opposition was filed and the time to do so has expired. See L.R. 233(b)-(c) (a motion for administrative relief is deemed submitted the day after the five-day opposition period). The Court finds good cause exists to grant Plaintiff's requested sixty day deadline to file the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for administrative relief (ECF No. 38) is GRANTED;
2. The petition for minor's compromise SHALL be filed **on or before October 24, 2025**; and

///

1

3. Any request for further extension shall be supported by good cause, including providing the Court the dates or timeline of any relevant hearings or meetings.

IT IS SO ORDERED.

Dated: **August 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge