## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEADLINE TO FILE PETITION FOR MINOR'S COMPROMISE<br><br>(ECF No. 40) |

Before the Court is Plaintiff's motion for a fourteen-day extension in which to file the petition for approval of a claim of a minor along with the petition to establish a special needs trust. For good cause shown, the Court hereby GRANTS the motion and ORDERS that the Plaintiff shall have through **November 7, 2025**, to file the petitions. Any subsequent extension must also be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **October 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge