# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-SAB<br><br>ORDER CONTINUING DEADLINE TO FILE PETITION FOR MINOR'S COMPROMISE<br><br>(ECF No. 42) |

On October 27, 2025, the Court granted Plaintiff's motion to continue the deadline to file the petition for approval of a claim of a minor, along with the petition to establish a special needs trust to November 7, 2025. (ECF No. 41.) The Court observes that the California Superior Court, Merced County has scheduled a hearing for November 7, 2025. (Whyte Decl., ¶ 9.) In light of the foregoing, the Court continues its deadline, and Plaintiff shall have through **December 8, 2025**, to file the petitions.

IT IS SO ORDERED.

Dated:   **November 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge