# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER REGARDING NOTICE OF APPROVAL OF MINOR'S COMPROMISE AND SETTING STATUS REPORT DEADLINE<br><br>(ECF No. 44)<br><br>**MARCH 16, 2026 DEADLINE** |

Pursuant to Local Rule 202(b)(1), the parties have provided a notice to the Court that a minor's compromise has been approved in California Superior Court, Merced County. (ECF No. 44.) The parties have also notified the Court that there remains outstanding a petition for special needs trust that is scheduled to be heard on March 2, 2026, in state court. (Id.) In light of the forgoing, the Court hereby orders Plaintiff to file by **March 16, 2026**, a status report regarding the approval of the petition for special needs trust, including, if available, a copy of the order approving. Thereafter, the Court will consider the appropriate disposition of the federal matter.

IT IS SO ORDERED.

Dated:   **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge