# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,

Plaintiff,

v.

MERCED COUNTY OFFICE OF EDUCATION, et al.,

Defendants.

Case No. 1:24-cv-00216-KES-SAB

ORDER REGARDING STATUS REPORT

(ECF No. 46)

**APRIL 29, 2026 DEADLINE**

On March 5, 2026, Plaintiff filed a status report informing the Court that the hearing regarding the approval of the petition for special needs trust, scheduled for March 2, 2026, was continued to April 15, 2026.  (ECF No. 46.)  In light of the continuance, the Court HEREBY ORDERS Plaintiff to file a status report to file by **April 29, 2026**, a status report regarding the approval of the petition for special needs trust, including, if available, a copy of the order approving.  Thereafter, the Court will consider the appropriate disposition of the federal matter.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge