# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER REGARDING STATUS REPORT<br><br>(ECF No. 46)<br><br>**JUNE 15, 2026 DEADLINE** |

On April 29, 2026, Plaintiff filed a status report informing the Court that the petition for special needs trust was approved at the April 15, 2026 hearing; however, she has not yet received a copy of the Superior Court order. (ECF No. 48.)  In light of the foregoing, the Court HEREBY ORDERS Plaintiff to file another status report within **forty-five (45) days** of this order, including, a copy of the order approving the special needs trust, if available.  Thereafter, the Court will consider the appropriate disposition of the federal matter.  See L.R. 202(b)(1).

IT IS SO ORDERED.

Dated:    **April 30, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge