# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER DIRECTING PLAINTIFF TO MOVE FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(ECF Nos. 44, 50)<br><br>**THIRTY-DAY DEADLINE** |

As relevant here, on December 8, 2025, Plaintiff filed a notice of approval of minor's compromise indicating that a petition for minor's compromise had been approved in state court but that there was still pending an approval of a petition for special needs trust. (ECF No. 44.) In light of the outstanding petition for special needs trust, the Court set a status report deadline, requiring regular reports on the status of the approval of the petition. (ECF No. 45.) Several reports later, Plaintiff has now indicated that the petition for special needs trust has been approved in state court. (ECF No. 50.)

In light of the foregoing, the Court DIRECTS Plaintiff to move for approval of the minor's compromise in this Court within **thirty (30) days** of the entry of this order. Alternately, the parties may file a stipulation for said approval.

///

///

The Court ADVISES that Plaintiff should consult Local Rule 202, in particular Local Rule 202(b)(1), (c), and (e).

IT IS SO ORDERED.

Dated:    **May 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge