UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., *a minor, by and through her guardian ad litem, Solina Pruett, an individual*,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00216-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND APPROVING MINOR'S COMPROMISE<br><br>Doc. 53 |

Plaintiff commenced this action on December 11, 2023, in California Superior Court, Merced County. Doc. 1. On February 16, 2024, Defendants removed the action to this Court. *Id.* On June 9, 2026, the parties filed a stipulation for approval of minor's compromise. Doc. 52. The assigned magistrate judge issued findings and recommendations, finding that the minor's compromise was fair and reasonable, and recommending that the minor's compromise be granted pursuant to the terms and conditions set forth in the order of the Merced Superior Court. Doc. 53. The findings and recommendations informed the parties they had fourteen days to file any objections. *Id.* That deadline has passed and no party has filed objections.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 53) filed August 28, 2026 are ADOPTED in full.

2. The stipulation to approve minor's compromise is APPROVED, pursuant to the terms and conditions set forth in the order of the Merced Superior Court.

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: September 18, 2026

UNITED STATES DISTRICT JUDGE